UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND RAINSFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br><br>　　　　　Defendant. | Case No. 24-cv-01862-LJC<br><br>**ORDER REGARDING FILING OF DOCUMENTS** |

　　　　The Court received a copy of Plaintiff's Amended Complaint via mail. The Amended Complaint has not been filed, and the Court infers that Plaintiff intended to file the Amended Complaint by mailing it to the undersigned. As a one-time courtesy to Plaintiff, and given Plaintiff's status as a pro se litigant, the Court will redirect the Amended Complaint to the Clerk's Office for filing.

　　　　The Court advises Plaintiff that to file documents via mail, he must send the documents to the Clerk's Office at United States District Court, 450 Golden Gate Ave., 16th Fl., San Francisco, CA 94102. He cannot continue to mail documents directly to the undersigned or her Courtroom Deputy for filing. Going forward, any documents sent to the undersigned or her courtroom deputy run the risk of not being filed with the Clerk's Office, and Plaintiff is not guaranteed to receive express notice of such a mistake.

　　　　The Court encourages Plaintiff to seek free legal assistance from the Northern District's Legal Help Center as he proceeds with this litigation.  The Legal Help Center can be reached by calling (415) 782-8982 or by emailing fedpro@sfbar.org, and appointments can be held in-person or remotely.  Plaintiff may also wish to consult the resources for pro se litigants on the Court's website, https://cand.uscourts.gov/pro-se-litigants/,  including the manual, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants."  This manual for pro se litigants can be

downloaded from the Court's website, https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf, or obtained free of charge at the Legal Help Center's Office, located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California 94102.

The Court notes that Plaintiff has apparently not obtained a summons or served Defendant. The Court directs Plaintiff to pages 11-15 of the manual, which address how to obtain a summons and how to serve the summons and complaint on the defendant. The Court further directs Plaintiff to pages 17-18 of the manual, which provide instructions on how to e-file documents. This case is currently set for an Initial Case Management Conference on October 10, 2024 at 1:30 pm. If Defendant has not been served by the date of the Initial Case Management Conference, the Court will ask for Plaintiff to provide an update on service. Rule 4(m) of the Federal Rules of Civil Procedure states, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own, after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

**IT IS SO ORDERED.**

Dated: September 6, 2024

LISA J. CISNEROS
United States Magistrate Judge