UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND RAINSFORD,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,[1]<br><br>      Defendant. | Case No.  24-cv-01862-LJC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Edmund Rainsford, pro se, filed proof of service indicating that he served the Office of the General Counsel of the Social Security Administration on December 1, 2024.  ECF No. 14.  Agencies and officers of the United States are generally must respond to a complaint within sixty days after service.  Fed. R. Civ. P. 12(a)(2).  The Court therefore CONTINUES the case management conference previously set for December 12, 2024 to February 13, 2024 at 1:30 PM, to occur by Zoom webinar videoconference.  Access instructions are available at https://cand.uscourts.gov/ljc/.  The parties shall file either a joint case management statement or separate case management statements no later than February 6, 2024.

It is not clear that Rainsford's proof of service satisfies all requirements of Rule 4 of the Federal Rules of Civil Procedure.  Rainsford is encouraged to attempt to contact counsel for the Social Security Administration to determine whether Defendant intends to appear or if further steps are necessary to effect service.  If Rainsford determines that further steps are necessary, he

//

//

---

[1] Rainsford's Complaint named Martin O'Malley, who was the Commissioner of Social Security at the time, as Defendant.  O'Malley has since resigned, and Carolyn Colvin currently serves as Acting Commissioner of Social Security.  Colvin is therefore automatically substituted as the defendant in this action under Rule 25(d) of the Federal Rules of Civil Procedure.

must file a request to extend time to complete service.

**IT IS SO ORDERED.**

Dated: December 6, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge