UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND RAINSFORD,<br>　　　　Plaintiff,<br>　v.<br>CAROLYN COLVIN,<br>　　　　Defendant. | Case No. 24-cv-01862-LJC<br><br>**ORDER REGARDING LETTER REQUESTING EXTENSION OF TIME TO SERVE** |

The Court is in receipt of a letter dated January 6, 2025 from Plaintiff Edmund Rainsford, pro se, requesting additional time to complete to service. The Clerk is directed to file that letter in the record.

In most circumstances, the appropriate method for parties to a case to communicate with the Court is by filing documents in the public record, not by letter addressed to the presiding judge. Any request for relief from the Court should be filed as a noticed motion under Civil Local Rule 7-2, an administrative motion under Civil Local Rule 7-11, or some other form allowed by the Local Rules, the Federal Rules of Civil Procedure, or some other authority applicable to the request at issue. The Court monitors the docket and will consider anything filed in the docket, without need for a separate letter. Although the Court excuses Rainsford's noncompliance in this instance, Rainsford is ORDERED to submit any future request for relief—or other documents relevant to this case—to the Clerk for filing, rather than directly to the undersigned judge.

In an abundance of caution, the Court extends time to complete service to February 10, 2025. This Order should not be construed as expressing any opinion as to whether service has already been completed effectively.

/ / /

/ / /

The case management conference previously set for February 13, 2025 remains on calendar, and a case management statement remains due February 6, 2025.  *See* ECF No. 15.[1]

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[1] The Court's previous Order erroneously listed the year of this conference and case management statement deadline as 2024 rather than 2025.  The Court apologizes for the error.

2