UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND RAINSFORD,<br><br>    Plaintiff,<br><br>v.<br><br>LEE DUDEK,<br><br>    Defendant. | Case No. 24-cv-01862-LJC<br><br>**ORDER REGARDING PROOFS OF SERVICE RECEIVED BY MAIL** |

The Court is in receipt of proofs of service that Plaintiff Edmund Rainsford, pro se, mailed directly to the undersigned magistrate judge. The Court has repeatedly addressed Rainsford's improper mailing of documents to the presiding judge rather than to the Clerk for filing.

For example, on September 6, 2024, the Court issued an Order Regarding Filing of Documents that included the following passage:

> The Court received a copy of Plaintiff's Amended Complaint via mail. The Amended Complaint has not been filed, and the Court infers that Plaintiff intended to file the Amended Complaint by mailing it to the undersigned. As a *one-time courtesy* to Plaintiff, and given Plaintiff's status as a pro se litigant, the Court will redirect the Amended Complaint to the Clerk's Office for filing.
>
> The Court advises Plaintiff that to file documents via mail, he must send the documents to the Clerk's Office at United States District Court, 450 Golden Gate Ave., 16th Fl., San Francisco, CA 94102. He cannot continue to mail documents directly to the undersigned or her Courtroom Deputy for filing. Going forward, any documents sent to the undersigned or her courtroom deputy run the risk of not being filed with the Clerk's Office, and Plaintiff is not guaranteed to receive express notice of such a mistake.

ECF No. 9 (emphasis added).

And on January 13, 2025, the Court again "excuse[d] Rainsford's noncompliance" with filing procedures and considered a document mailed directly to the undersigned magistrate judge,

but "ORDERED [Rainsford] to submit any future request for relief—*or other documents relevant to this case*—to the Clerk for filing, rather than directly to the undersigned judge." ECF No. 16 (emphasis added).

As a final courtesy on this subject, the Court will once again direct the Clerk to file the documents that Rainsford has mailed. Going forward, however, Rainsford *must* mail documents for filing to the Clerk's Office, addressed as follows:

> Clerk's Office
> United States District Court
> 450 Golden Gate Ave, 16th Fl.
> San Francisco, CA 94102

Alternatively, Rainsford may register for electronic filing and service by following the instructions at https://www.cand.uscourts.gov/e-file/. But future documents mailed directly to the undersigned judge may be returned and/or disregarded. Although the Court is cognizant of Rainsford's pro se status, Rainsford must comply with the Court's orders and rules if he wishes to proceed with this case.

**IT IS SO ORDERED.**

Dated: March 10, 2025

LISA J. CISNEROS
United States Magistrate Judge