UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND RAINSFORD,<br><br>Plaintiff,<br><br>v.<br><br>SSA COMMISSIONER,<br><br>Defendant. | Case No. 24-cv-01862-LJC<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO CHANGE DEADLINE**<br><br>Re: Dkt. No. 28 |

Plaintiff Edmund Rainsford, pro se, has filed an administrative motion to continue the deadline for his opposition brief to June 15, 2025 (a Sunday) after he missed the original May 20, 2025 deadline due to illness and delayed receipt of Defendant's Motion to Dismiss by mail. Sufficient cause having been shown, that motion is GRANTED. Rainsford shall file his opposition brief no later than Monday, June 17, 2025, and Defendant may file a reply no later than June 23, 2025. The hearing previously set for June 17, 2025 is CONTINUED to July 17, 2025 at 1:30 PM, to occur by Zoom webinar videoconference. Access instructions are available at https://cand.uscourts.gov/ljc/. The Clerk is instructed to send Rainsford a courtesy copy of this Order by email, in addition to serving it by mail.

Going forward, Defendant is directed to provide Rainsford with a courtesy copy of any filing by Defendant via email on the same day the document is filed, in addition to any other method of service that may be required.

Rainsford, for his part, is directed to consult with defense counsel by email before filing any further request to extend a deadline or hearing in this case, to determine whether the parties can agree to a stipulated request pursuant to Civil Local Rule 6-2. Any future administrative motion to extend time (i.e., not a stipulation agreed by both parties) must comply with Civil Local

1  Rule 6-3, including that it must "[d]escribe the effort the party has made to obtain a stipulation to
2  the time change."  Civ. L.R. 6-3(2).  Future requests that do not comply with this Order and
3  applicable local rules or other authorities may be denied.
4      **IT IS SO ORDERED.**
5  Dated: June 5, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge