UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND RAINSFORD,<br><br>Plaintiff,<br><br>v.<br><br>SSA COMMISSIONER,<br><br>Defendant. | Case No. 24-cv-01862-LJC<br><br>**ORDER REGARDING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 29 |

The Court's previous Order on Plaintiff Edmund Rainsford's request to extend time for briefing included a typographical error, stating the deadline for Rainsford's opposition brief as "Monday, June 17, 2025." ECF No. 29. That date is in fact a Tuesday. Although the Court intended to set that deadline as June 16th, the Court recognizes that Rainsford may have relied on the previous Order. The deadline for Rainsford's brief therefore remains June 17, 2025. The deadline for Defendant's reply is CONTINUED from June 23, 2025 to June 24, 2025. The hearing remains set for July 17, 2025 at 1:30 PM via Zoom webinar videoconference.

The Clerk is requested to send a courtesy copy of this Order to Rainsford by email in addition to serving it by mail.

**IT IS SO ORDERED.**

Dated: June 16, 2025

LISA J. CISNEROS
United States Magistrate Judge