UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND RAINSFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>SSA COMMISSIONER,<br><br>  Defendant. | Case No. 24-cv-01862-LJC<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE, FAILURE TO OPPOSE, AND FAILURE TO COMPLY WITH COURT ORDERS**<br><br>Re: Dkt. No. 31 |

Plaintiff Edmund Rainsford, pro se, missed two successive deadlines to respond to Defendant the Commissioner of Social Security's Motion to Dismiss. On July 17, 2025, the Court issued an Order to Show Cause "why this case should not be dismissed with prejudice for failure to prosecute, failure to comply with multiple Orders of the Court . . . , and failure to oppose the Commissioner's Motion," ECF No. 31 at 2, and why that Motion—construed in part by the Court as a motion for summary judgment—should not be granted, *id.* at 2–5.

The Court directed Rainsford to file a response by August 13, 2025, as follows:

> Rainsford must file a response to this Order addressing each issue discussed above no later than August 13, 2025, including specifically: (1) the reason he failed to meet the previous deadline of June 17, 2025; (2) whether he filed his Complaint within the thirty-day deadline set by § 7703(b)(2), which may include extrinsic evidence to counter the certificate of service offered by the Commissioner; and (3) a response to all other arguments raised in the Commissioner's Motion to Dismiss. Failure to file a response by that deadline may result in dismissal with prejudice.

ECF No. 31 at 5–6.

That deadline has passed, and no response has been filed. Based on Rainsford's repeated failure to meet recent deadlines, the Court concludes that a further extension of time would be futile, and no appropriate remedy is available short of dismissal. This case is therefore

1  DISMISSED for Rainsford's failure to prosecute, failure to oppose the Commissioner's Motion,
2  and failure to comply with multiple Orders of the Court, including the Order to Show Cause.  In
3  light of Rainsford's unrepresented status and serious health problems, such dismissal shall be
4  without prejudice—though any subsequent complaint asserting the same claims might be barred
5  by applicable statutes of limitations or other legal barriers.
6      The Clerk is directed to close the case and to provide Rainsford with a courtesy copy of
7  this Order by email.  The hearing previous set for September 4, 2025 is VACATED.
8  **IT IS SO ORDERED.**
9  Dated: August 22, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge